Ivan C. BRYANT, Indenture Trustee for the Apache Indian Tribe, the Apache Tribe Federal Credit Union, the Apache Tribe International Bank, CAL–NOR, Cal Marine Industries ESOP & Trust, Zenith Insurance Limited, and Associates, Plaintiff–Appellant,

v.

Harry W. LOW[1], Commissioner of Insurance, State of California Department of Insurance, Defendant–Appellee.

No. 00–16161.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[2].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

## MEMORANDUM[3]

Ivan C. Bryant appeals pro se the district court's order dismissing his action for lack of jurisdiction. We have jurisdiction

---

1. The Clerk shall amend the docket to substitute Insurance Commissioner Harry W. Low for Chuck Quackenbush as appellee in this appeal. *See* Fed. R.App. P. 43(c)(2).

2. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

3. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction. *See Hexom v. Oregon Dep't of Transp.*, 177 F.3d 1134, 1135 (9th Cir.1999). We affirm.

Bryant's complaint was properly dismissed for lack of subject matter jurisdiction based on sovereign immunity. *See Idaho v. Coeur d'Alene Tribe of Idaho*, 521 U.S. 261, 268–69, 117 S.Ct. 2028, 138 L.Ed.2d 438 (1997).[4]

AFFIRMED.

---

4. Bryant's motions filed October 27, 2000 and Bryant's request to take judicial notice filed September 26, 2000 are denied.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.